**La, Dan E. BATTY, Sr.,**
**Plaintiff–Appellant,**

v.

**ADRIAN L. MERTON, INC.,**
**Defendant–Appellee,**

**and**

**Fine Van Ma; Chris Merton,**
**Defendants.**

**No. 13–2207.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

La Dan E. Batty, Sr., Appellant Pro Se. Katherine H. Levy, Stephen Michael Sil-

vestri, Jackson Lewis PC, Baltimore, Maryland, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La Dan E. Batty, Sr., appeals the district court's orders dismissing his amended complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Batty v. Merton,* No. 1:13–cv–00270–GLR (D. Md. Aug. 14, 2013; Sept. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*